UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IMMIGRANT DEFENSE PROJECT           :

                                                  :  ORDER OF DISCONTINUANCE
               Plaintiff,                      19 Civ. 2520 (GWG)

                                                  :

  -v.-

                                                  :

UNITED STATES IMMIGRATION AND       :
CUSTOMS ENFORCEMENT,

                                                    :

              Defendant.               :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      On October 13, 2020, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636. It has now been reported to the Court that the parties have reached a settlement of this matter.

      Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and without costs (including attorney's fees) to either party. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned within 30 days seeking to re-open this matter. Any application to reopen filed after the 30-day period has expired may be denied solely for failure to meet the 30-day deadline.

      Any pending motions are moot. The Clerk is requested to close the case.

      SO ORDERED.

Dated: June 6, 2023
       New York, New York

                                            _____
                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge